**No. P68/461.**—Seedman International Corp. *v.* United States, protest 68/5278 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hand-operated (not battery-operated) sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), the claim of the plaintiff was sustained.

**No. P68/462.**—The Nissho Amer. Corp. *v.* United States, protest 66/73474 (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of pistol grips for motion picture cameras similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (57 Cust. Ct. 143, C.D. 2744), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 31, 1968

**No. P68/463.**—Seedman International Corp. *v.* United States, protests 66/7813, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of inner tubes similar in all material respects to those the subject of *Seedman International Corp. et al.* v. *United States* (60 Cust. Ct. 127, C.D. 3285), the claim of the plaintiff was sustained.

**No. P68/464.**—P. W. Bellingall, Inc., and Thos. D. Stevenson & Sons, Inc. *v.* United States, protest 62/8681 (San Francisco).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of steel strips similar in all material respects to those the subject of *Geo. S. Bush & Co., Inc., and Heidner & Co.* v. *United States* (52 Cust. Ct. 344, Abstract 68344), the claim of the plaintiffs was sustained.